1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11   PEDRO LOPEZ, JR., | )   Case No.: 1:13-cv-01217- LJO -J LT |
| 12              Plaintiff, | )<br>)   ORDER DIRECTING THE CLERK TO RETURN |
| 13         v. | )   THE COMPLETED SERVICE DOCUMENTS<br>) |
| 14   COCA-COLA., | )   ORDER DIRECTING PLAINTIFF TO COMPLETE |
| 15              Defendant. | )   SERVICE OF THE SUMMONS AND SECOND<br>)   AMENDED COMPLAINT |

16         Previously, the Court instructed Plaintiff to complete and file documents for service by the

17   United States Marshal, which Plaintiff sent to the Clerk's Office.  However, because Plaintiff is *not*

18   proceeding in forma pauperis in this action, service by the United States Marshal is not appropriate.

19   Therefore, the Clerk is directed to return the completed service documents to Plaintiff.  In addition,

20   Plaintiff is referred to Rule 4 of the Federal Rules of Civil Procedure regarding the requirement of

21   timely service of the Second Amended Complaint.

22         Accordingly, Plaintiff **SHALL** serve Defendant with the summons and Second Amended

23   Complaint, and file proofs of service to notify the Court service has been completed.

24

25   IT IS SO ORDERED.

26      Dated:   __**January 28, 2014**__          ____**/s/ Jennifer L. Thurston**____
27                                          UNITED STATES MAGISTRATE JUDGE

28

1