# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO LOPEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> COCA-COLA, <br><br> Defendant. | Case No.: 1:13-CV-01217 LJO JLT <br><br> ORDER GRANTING STIPULATION TO AMEND THE SECOND AMENDED COMPLAINT TO REFLECT THE DEFENDANT'S TRUE NAME |

On June 4, 2014, the Court held the scheduling conference in this matter. At that time, and consistent with the information set forth in the joint scheduling conference report (Doc. 17 at 2), the parties confirmed that the true name of Defendant is BCI Coca-Cola Bottling Company of Los Angeles. Likewise, the parties agreed the Court could issue an order amending the complaint to reflect this true name. Therefore, the Court **ORDERS**:

1. The second amended complaint is **AMENDED** to reflect Defendant's true name as "BCI Coca-Cola Bottling Company of Los Angeles."

IT IS SO ORDERED.

Dated: **June 4, 2014**         /s/ Jennifer L. Thurston
                               UNITED STATES MAGISTRATE JUDGE

1