1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO LOPEZ, JR., <br><br> Plaintiff, <br><br> vs. <br><br> BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES. <br><br> Defendant. | CASE NO. 1:13-cv-01217-LJO-JLT <br><br> **ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S SECOND AMENDED COMPLAINT WITH PREJUDICE** |

60659976.1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF SECOND AMENDED COMPLAINT WITH PREJUDICE**

# ORDER

WHEREAS, a Joint Stipulation of Dismissal of Second Amended Complaint with Prejudice (Dkt. # 5) (the "SAC") was submitted by Pedro Lopez, Jr. ("Plaintiff") and Defendant BCI Coca-Cola Bottling Company of Los Angeles ("BCI") (collectively, the "Parties"); and

WHEREAS, the Parties have resolved the claims alleged by Plaintiff in his SAC in this action.

Based upon the foregoing, IT IS HEREBY ORDERED that Plaintiff's SAC in the above-referenced action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Pursuant to the Parties' Stipulation, each party shall bear its own costs and attorneys' fees incurred in this action.

The Clerk of Court is Directed to CLOSE THIS CASE

IT IS SO ORDERED.

Dated:   **September 26, 2014**            **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE